## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DISCIPLINE OF ) <br> JOSEPH LEO PERSICO, ATTORNEY ) <br> REGISTRATION NUMBER 21979, A ) <br> MEMBER OF THE BAR OF THE UNITED ) <br> STATES DISTRICT COURT FOR THE ) <br> WESTERN DISTRICT OF ) <br> PENNSYLVANIA ) | Misc. No. 25-mc-1046 |

### ORDER

WHEREAS this Court was advised that Attorney Joseph Leo Persico ("Attorney Persico") was temporarily suspended from the Bar of the Commonwealth of Pennsylvania, by order of the Supreme Court of Pennsylvania dated September 12, 2025, entered in Disciplinary Proceeding Number 108 DB 2025; and

WHEREAS Attorney Persico was admitted to the Bar of this Court on November 11, 1975.

NOW THEREFORE IT IS HEREBY ORDERED that a Rule to Show Cause is issued to Attorney Persico to show good cause why a reciprocal discipline order of temporary suspension should not be entered by the United States District Court for the Western District of Pennsylvania, returnable within thirty (30) days from the date of this order; and

IT IS FURTHER ORDERED that the Clerk of Court is directed to give notice of the entry of this order to Attorney Persico via certified mail sent to the mailing address on record with the Pennsylvania Disciplinary Board because this Court has no physical address or email address for the attorney.

Date: September 22, 2025

/s/ *Mark R. Hornak*
Mark R. Hornak
Chief United States District Judge